HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
GUILLERMO MAGALLANES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:15-CR-00049 LJO-SKO-1 |
|---|---|
| Plaintiff, | ) ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) ; **ORDER of DENIAL** |
| vs. | |
| GUILLERMO MAGALLANES, | ) Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

The Defendant's *Ex Parte* Application for Subpoena Duces Tecum **IS HEREBY GRANTED** authorizing issuance of subpoenas *duces tecum* for production of items before trial pursuant to Rule 17(c), to the CUSTODIANS OF RECORDS for the California Department of Corrections and Rehabilitation, Archives Unit (CDCR) Office, 2015 Aerojet Road, Suite D, Rancho Cordova, CA 95742, for production of the following records:

1) Copy of all documents in Mr. Magallanes CDCR file relating to his classification, gang affiliations/associations, placement/moves to administrative segregation as well as the reasons for those placement/moves, including a copy of his chronological history.

ORDER

The Defendant pled guilty on September 21, 2015 (sentencing Dec. 14, 2015). There is therefore no need for pretrial documents. Denied.
IT IS SO ORDERED.

Dated: **October 30, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE