Jacek W. Lentz (Cal. State Bar No. 213198)
THE LENTZ LAW FIRM, P.C.
1055 Wilshire Blvd., Suite 1996
Los Angeles, CA 90017
Telephone: (213) 250 - 9200
Facsimile: (213) 250 – 9161
Email: jwl@lentzlawfirm.com

Attorneys For Claimant
MARGARITA SALCEDO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00049-LJO-SKO |
|---|---|
| Plaintiff, | **PETITION FOR ANCILLARY HEARING BY CLAIMANT MARGARITA SALCEDO** |
| v. | |
| GUILLERMO MAGALLANES, et al., | |
| Defendant(s). | |

Claimant MARGARITA SALCEDO, through undersigned counsel Jacek W. Lentz, hereby makes claim to the following forfeited property: (1) $4,700 out of $20,287 in U.S. currency, (2) 2014 Lexus IS250 F Sport 4 door sedan and (3) 2012 Acura TL. Claimant makes this claim as the legal owner of all these properties. In addition, Claimant is the title holder with respect to the two vehicles.

I.

REQUEST FOR ANCILLARY HEARING            -1-                                    2/18/08

1  Claimant, as an innocent third party who is aggrieved by the order of criminal
2  forfeiture, has the requisite standing pursuant to United States v. Harris 246 F.3d 566, 574
3  (6th Cir. 2001), to request a judicial hearing in the instant case.

II.

Claimant hereby petitions this Court for a hearing to adjudicate the validity of her interest in the properties referenced above.

**VERIFICATION**

I, Margarita Salcedo, verify that I have read the foregoing Petition, and declare under the penalty of perjury that the allegations therein are true and correct.

Executed this 5TH day of November, 2015.

By: _____
Margarita Salcedo, Claimant


DATED:   November 5, 2015            Respectfully submitted,


                                      By: _____
                                          Jacek W. Lentz
                                          The Lentz Law Firm, P.C.
                                          Attorneys For
                                          Claimant Margarita Salcedo

# PROOF OF SERVICE

I, Jacek W. Lentz, declare as follows:

I am employed in the City of Los Angeles, California. I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 1055 Wilshire Blvd, Suite 1996, Los Angeles, California 90017. On November 5, 2015, I served the within:

## PETITION FOR ANCILLARY HEARING

in the U.S. District Court Case No. 1:15-CR-00049-LJO-SKO, by sending a true copy thereof, as indicated and addressed as follows:

**Mr. Jeffrey Spivak, Esq.**
**United States Courthouse**
**2500 Tulare Street, Suite 4401**
**Fresno, CA 93721**
**[Fax: (559) 497-4099]**

[X] **[BY MAIL]** By placing such document in an envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at The Lentz Law Firm, P.C., Los Angeles, California following ordinary business practice. I am readily familiar with the practice of The Lentz Law Firm, P.C. for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **[BY PERSONAL SERVICE]** By causing such document to be delivered by hand with instructions that it be personally served.

[X] **[BY ELECTRONIC MAIL]** By personally sending such document, as a PDF attachment, via electronic mail from the address of jwl@lentzlawfirm.com to the electronic address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 5, 2015, at Los Angeles, California.

_____
Jacek W. Lentz