HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
GUILLERMO MAGALLANES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> vs. <br> GUILLERMO MAGALLANES, <br> *Defendant.* | Case No. 1:15-cr-00049-1 LJO-SKO <br><br> **SEALING ORDER: DENIAL** |

*Defendant's Sentencing Memorandum and Supporting Exhibits, the Ex Parte Application to File Documents Under Seal, the [Proposed] Sealing Order and this Sealing Order* are requested to be filed **under seal** until further order of the Court. The request is too broad to meet the burden of keeping the documents from the public view. There is a presumption of disclosure to the public. The Court will hold the documents pending a more specific and limited request.

IT IS SO ORDERED.

　　Dated: **December 2, 2015**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE