1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JANET BATEMAN, #241210
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  GUILLERMO MAGALLANES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>    vs.<br><br>GUILLERMO MAGALLANES,<br><br>        *Defendant.* | Case No.  1:15-cr-00049-1 LJO-SKO<br><br>**SEALING ORDER DENIAL** |

The *Defendant's Sentencing Memorandum and Supporting Exhibits, the Ex Parte Application to File Documents Under Seal, the [Proposed] Sealing Order and this Sealing Order* shall NOT be filed **under seal**, and Defense Counsel may pick up the documents from chambers unless she wishes the documents to be filed without seal.  The decision must be made by noon on December 4, 2015.

The Amended Ex Parte Application fails to rebut the presumption of access and disclosure. (See Oregonian v Publ'g Co. v U.S. Dist. Court, 920 F.2d 1462, 1466 (9th Cir. 1990). Page one, lines 27 and 28 are conclusory in nature, substantiated by no facts, declarations or testimony.  A party must articulate compelling reasons supported by specific facts that outweigh the general history of access and the public policies favoring disclosure. The party seeking to seal a judicial record bears the burden.  That burden has not been met.

A stipulation does not create or establish good cause, nor does it provide the required

compelling reasons.  The request is DENIED.

IT IS SO ORDERED.

Dated: __**December 2, 2015**__        ___/s/ Lawrence J. O'Neill___
                                        UNITED STATES DISTRICT JUDGE