HEATHER E. WILLIAMS, BAR #122664
Federal Defender
JANET BATEMAN, BAR #241210
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
GUILLERMO MAGALLANES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:15-cr-00049-1 LJO-SKO |
| *Plaintiff,* | ) **DEFENDANT'S SENTENCING** |
| | ) **MEMORANDUM** |
| vs. | ) |
| | ) |
| GUILLERMO MAGALLANES, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| _____ | ) |

**SENTENCING MEMORANDUM**

**I.      Introduction**

Guillermo Magallanes, age 37, pled guilty to conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1).  The defense expects that the government will recommend a sentence of 117 months.  Based on all relevant considerations, including Mr. Magallanes' factors under 18 U.S.C. § 3553(a), the defense requests a sentence of 84 months.

**II.      Personal History**

Guillermo Magallanes was born to Guillermo Magallanes, Sr., and Maria Angelina Garcia.  He has an older brother, two younger sisters, and a younger half-brother.  Guillermo, Sr., was a drug addict, drug dealer, and was never around in the home; he and Mr. Magallanes never had a relationship and he died of liver failure three years ago.  Ms. Garcia raised her

1   children in the housing projects of Pacoima, California in the San Fernando Valley, which were

2   teeming with gang and drug activity.  Mr. Magallanes' home life was unstable, to say the least;

3   his mother moved the family around constantly and he attended approximately ten different

4   elementary schools between kindergarten and fourth grade.  Ms. Garcia had a serious

5   relationship with a man named Luis.  When Mr. Magallanes was approximately nine years old,

6   Luis gave Ms. Garcia an ultimatum with respect to her two older sons—she had to choose him or

7   them.  She chose Luis.

8          Mr. Magallanes was homeless beginning at nine years old.  He began to stay with anyone

9   who would have him.  Often this included older boys and men from his neighborhood that were

10  buying, selling, and/or using drugs.  Almost immediately, Mr. Magallanes began using crack

11  cocaine, PCP, and marijuana and quickly became addicted.

12         Mr. Magallanes remembers going home a few times because he was hungry.  His mother

13  would give him food to eat, but would only allow him to stay for a few days before forcing him

14  to leave again.  The school district and then law enforcement became aware that Mr. Magallanes

15  was not living at home or attending school.  He was placed in a series of boys homes, each time

16  running away, only to be caught and returned to juvenile hall and then another boys home.

17         Mr. Magallanes self-destructive path continued through his twenties.  However, in his

18  early thirties, Mr. Magallanes began making stronger decisions.  He earned his GED on his own

19  (while he was out of custody).  (See Exhibit A, Diploma.)  He learned he had a baby daughter,

20  Perla Olivia ("Olivia").  Olivia was born in Mexico to a mother with a drug addiction.  When

21  Olivia came to live with Mr. Magallanes and his family, she was approximately two years old,

22  was malnourished, had rotting teeth and head lice, and spoke only Spanish.  He ensured that her

23  medical and dental needs were met and hired an immigration attorney for her.  Once her

24  citizenship paperwork was completed, Mr. Magallanes and his now-wife Margarita ("Daisy")

25  Salcedo brought Olivia to Fresno for her swearing in; Olivia was very proud to have her

26  "papeles."  (See Exhibit B, Certificate of Citizenship and photographs, and Exhibit C, Marriage

27  Certificate.)  Mr. Magallanes and Daisy raise Olivia and Daisy's two children together, all of

28  whom are doing well.  (See Exhibit D, Mr. Magallanes and his children.)  Daisy has long been

1    employed at Truxtun Radiology Medical Group and has written a letter of support, as have other

2    friends and family members.  (See Exhibit E, Letters of support.)

3          Mr. Magallanes has also written a letter to the Court.  (See Exh. F, Guillermo Magallanes

4    letter.)  He is remorseful.  His anxiety relating to this case is understandably high.  He once

5    believed that necessity and a lack of opportunity led him to the drug business, but knows now

6    that the money is not worth much if he cannot be with his family.  Mr. Magallanes is an

7    intelligent man who realizes that he wants a stable life.  He realizes that he has more to lose now

8    than ever before.

9                                          **CONCLUSION**

10          Given Mr. Magallanes' history and characteristics, particularly considering the survival

11   skills he was forced to learn at a very young age, the defense respectfully submits that a sentence

12   of eighty-four months, many years longer than his prior prison term and one sufficient to achieve

13   the goals of sentencing.

14

15   Dated:  December 8, 2015

16

17                                    HEATHER E. WILLIAMS
                                      Federal Defender

18                                    */s/ Janet Bateman*
                                      JANET BATEMAN
19                                    Attorney for Defendant
                                      GUILLERMO MAGALLANES

20

21

22

23

24

25

26

27

28