BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:15-CR-00049-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON ANCILLARY PETITION (FED.R.CRIM.P. 32.2(C)); ORDER |
| v. | |
| GUILLERMO MAGALLANES,<br>  aka MEMO,<br>  aka DREAMER,<br>PASCUAL GONZALES MAGALLANES, and<br>JUAN LASCANO, JR., | |
| Defendants. | |

INTRODUCTION

The United States of America, Claimant WestAmerica Bank ("WestAmerica"), Claimant Margarita Salcedo ("Salcedo" and, together with WestAmerica, collectively, the "Claimants"), by and through their respective counsel, stipulate and request that the Court continue the ancillary hearing presently set for February 29, 2016, at 9:30 a.m. to April 11, 2016, at 11:00 a.m. (or to a date and time as the Court deems appropriate). The parties have reached a settlement in principle and need additional time to finalize a settlement agreement.

BACKGROUND

1. On September 29, 2015, pursuant to 21 U.S.C. Section 853(a), the Court entered a preliminary order of forfeiture forfeiting the interests of defendants Guillermo Magallanes, Pascual

1
Stipulation to Continue Hearing on Ancillary Petition

Gonzales Magallanes, and Juan Lascano, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law: approximately $20,287.00 in United States Currency, 2014 Lexus IS250 F Sport 4 door sedan (the Lexus), and 2012 Acura TL (the Acura). (ECF #44). The preliminary order of forfeiture became final on December 14, 2015 after the last two defendants Guillermo Magallanes and Pascual Gonzales Magallenes were sentenced. (ECF #48, 67, 68).

2. On November 5, 2015, WestAmerica filed a petition requesting recognition of their leasehold interest in the Lexus and the Acura. (ECF #53). The same day, Salcedo filed a petition, claiming an interest in the Lexus, the Acura, and $4,700 of the $20,287 in U.S. Currency. (ECF #54).

3. On December 16, 2015, by minute order, the Court set an ancillary hearing under Federal Rule of Criminal Procedure 32.2(c) for February 29, 2016 at 9:30 a.m.

4. The parties have reached a settlement in principle. A draft settlement agreement was circulated on February 16, 2016. Counsel for Salcedo is on vacation. Counsel for WestAmerica has sent the proposed settlement to WestAmerica. The parties anticipate finalizing and filing a settlement agreement in the next 30 days.

## STIPULATION

5. The parties anticipate an agreement will be reached before February 29, 2016. However, to avoid having to prepare for a hearing and secure the attendance of witnesses, the parties stipulate and request the Court continue the hearing on the ancillary petition for 45 days to April 11, 2016 (or to a date the Court deems appropriate).

Dated: February 18, 2016     BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Jeffrey A. Spivak
                             JEFFREY A. SPIVAK
                             Assistant United States Attorney

Dated: February 18, 2016     /s/ Russell Reynolds
                             RUSSELL REYNOLDS
                             Attorney for WestAmerica
                             (Original signature retained by attorney)

Dated: February 18, 2016     /s/ Jacek Lentz
                             JACEK LENTZ
                             Attorney for Margarita Salcedo
                             (Original signature retained by attorney)

**ORDER**

Pursuant to the parties' stipulation and request, and good cause appearing: (1) the hearing on the ancillary petitions is continued from February 29, 2016, at 9:30 a.m. to April 11, 2016, at 11:00 a.m.

IT IS SO ORDERED.

Dated: **February 20, 2016**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE